839 A.2d 886

IN THE MATTER OF THE LAW FIRM
OF BOLDEN AND COKER, P.C.

January 28, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–174, concluding that the law firm of **BOLDEN and COKER, P.C.,** of **PHILADELPHIA, PENNSYLVANIA,** should be reprimanded for violating *RPC* 5.5(a) (unauthorized practice of law), and good cause appearing;

It is ORDERED that the law firm of **BOLDEN and COKER, P.C.,** is hereby reprimanded; and it is further

ORDERED that the law firm of **BOLDEN and COKER, P.C.,** reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.